UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 04 B 27692
   P RICHARD IRVIN
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4301
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 07/27/04 and confirmed on 09/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 29544.64 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED | 14200.00 | 865.02 | 14200.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2584.61 | .00 | 1490.87 |
| CAPITAL ONE FINANCIAL | UNSECURED | 866.38 | .00 | 499.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1089.56 | .00 | 628.49 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 1098.66 | .00 | 633.73 |
| CREDIT FIRST NA | UNSECURED | 1061.35 | .00 | 612.21 |
| FIFTH THIRD BANK | UNSECURED | 573.43 | .00 | 330.77 |
| KING SIZE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2160.87 | .00 | 1246.44 |
| CARD SERVICE CENTER | UNSECURED | 1360.47 | .00 | 784.75 |
| TRI COUNTY EMERGENCY PHY | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 6250.40 | .00 | 3605.39 |
| SIR FINANCE | FILED LATE | .00 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14200.00 | .00 | 17045.73 | .00 | 31245.73 |
| PRINCIPAL PAID | 14200.00 | .00 | 9832.40 | .00 | 24032.40 |
| INTEREST PAID | 865.02 | .00 | .00 | .00 | 865.02 |
| TOTAL PAID | 15065.02 | .00 | 9832.40 | .00 | 24897.42 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $    1202.58 .

Refunds to the Debtor totaled $     744.64 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 27692 P RICHARD IRVIN